**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Ahold Financial Services, LLC** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | 5488 | $28,045.51 | 10/21/2019 | M081251 | 7/8/2019 | $20,878.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | 5488 | $28,045.51 | 10/21/2019 | M081250 | 7/8/2019 | $2,915.89 |
| High Ridge Brands Co. | High Ridge Brands Co. | 5488 | $28,045.51 | 10/21/2019 | M081249 | 7/8/2019 | $4,251.62 |

**Totals:** **1 transfer(s),** **$28,045.51**

Ahold Financial Services, LLC (2266235)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021
Exhibit A
P. 1